

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JOSE SLAVADOR HERNANDEZ, | § | No. 08-21-00023-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| ARLEON, LLC AND ISSE INVESTMENT GROUP | § | of El Paso County, Texas |
| CORPORATION, | § | (TC# 2017DCV2709) |
| Appellees. | § | |
| | § | |

**O R D E R**

The Appellant filed a notice of status of settlement, and therefore, the Court will continue with the abatement of the appeal until September 15, 2022 to give the parties an opportunity to resolve the case. The appellate timetable will be suspended during the abatement. The parties are directed to notify the Court whether the dispute has been resolved and to file the motion necessary to dispose of the appeal. *See* TEX.R.APP.P. 42.1(a)(1), (2). If the parties are unsuccessful in resolving the appeal by agreement, the appeal will be reinstated.

IT IS SO ORDERED this 23rd day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.